



**AkermanSenterfitt LLP**
ATTORNEYS AT LAW

Dallas
Denver
Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

335 Madison Avenue
Suite 2600
New York, NY 10017

www.akerman.com

212 880 3800 tel   212 880 8965 fax

Jennifer L. Rubin
212 880 3821 direct tel
212 905 6448 direct fax
jennifer.rubin@akerman.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/10
```

January 11, 2010

**BY FACSIMILE (212) 805 – 7901**

The Honorable Harold Baer
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **AURORA LOAN SERVICES V. SADEK**
          **CASE NO. 09-CV-9651 (HB) (JCF)**

Dear Judge Baer:

    Akerman Senterfitt represents plaintiff Aurora Loan Services LLC and U.S. Bank National Association, as Trustee of Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-12N, under the Trust Agreement dated as of July 1, 2006 (**Aurora**) in the above-referenced action. For the reasons set forth below, we write to respectfully request an adjournment of the pre-trial conference on January 14, 2010 at 2:00 pm.

    On November 19, 2009, we filed the summons and complaint. Our process server attempted to serve defendants David Sadek (**Sadek**) and Winthrop Abstract LLC (**Winthrop**)[1] <u>eleven</u> times between November 24, 2009 and January 7, 2010. These attempts included weekend visits and vary in time from 7:15 am to 8:55 pm. Sadek's residence is a private home and no one answered the door on any visits. Further, our process server attempted to serve defendant Winthrop on November 30, 2009 and December 22, 2009 at its principal place of business.

---

[1]   Because Sadek is an officer of Winthrop, he is authorized to receive service of process on behalf of Winthrop under Fed. R. Civ. P. 4(h).

The Honorable Harold Baer
United States District Judge
January 11, 2010
Page 2

    We will continue to try to effectuate service on Sadek and Winthrop. Accordingly, we respectfully request an adjournment of the pre-trial conference on January 14, 2010 at 2:00 p.m.

Thank you for your consideration.

Respectfully submitted,

Jennifer L. Rubin

1/14/10 adjourned to 2-25-10 at 4 PM keep in mind that you have 120 days to make service

SO ORDERED

Harold Baer
USDJ

Endorsement:

    Adjourned to February 25 at 4:00P.M.  Keep in mind that you have 120 days to accomplish service.