# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP
## Counselors at Law

FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102
Newark (973) 622-3000
New York (212) 714-1720
Fax (973) 623-7780

William C. Sandelands
Partner

Tel: (973) 623-7059
E-Fax: (973) 623-7135
wsandelands@tompkinsmcguire.com

April 14, 2010

VIA FACSIMILE (212) 805-7901
Hon. Harold Baer, Jr.
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 1007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/10

Re: Aurora Loan Services LLC v. David Sadek, et al.
Docket (USDC, SDNY): 09-cv-9651

Dear Judge Baer:

My office represents plaintiff Aurora Loan Services LLC ("Aurora") in the above-referenced matter. As you may recall, the court set a deadline of May 18, 2010 to serve the summons and complaint on all defendants or be subject to dismissal. Upon substituting into this action as attorneys for Aurora, my office filed an Amended Complaint on April 14, 2010. I am pleased to advise the court that service of the Summons, Amended Complaint, ECF Rules and Judge's Rules has been effectuated on the following parties:

David Sadek - served 5/5/10
JPMorgan Chase Bank - served 5/6/10
Mortgage Electronic Registration Systems, Inc. - served 5/6/10
Fremont Investment & Loan - served 5/6/10
Board of Managers Windsor Condo - served 5/5/10
The Closing Network - served 5/11/10
100 W. 58th St. 7C, LLC - served 5/11/10
First Financial Equities, Inc. - served 5/11/10

The only party not served is Winthrop Abstract LLC ("Winthrop"). Winthrop apparently is no longer in existence and service was refused by the registered agent who is in the process of revoking its status of agent. We will continue to attempt service upon Winthrop, but if unsuccessful, will dismiss the claims without prejudice.

We are currently awaiting receipt of the original affidavits of service from our various process servers. Once received, we will file the original affidavits with the clerk's office. Please do not hesitate to contact me with any questions.

SO ORDERED:

Respectfully,

William C. Sandelands
For TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

WCS/mc

[handwritten: Served at PTC June 10, 2010 at 3:00 PM]
[signature: Harold Baer]
Date: 5/18/10

Endorsement:

        Service effectuated pre trial conference June 10, 2010 at 3:00 P.M.