AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Aurora Loan Services LLC | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| David Sadek, et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.  09-CV-9651 (HB)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  First Financial Equities, Inc.
300 Frank W. Burr Boulevard, 4th Floor
Teaneck, NJ 07666

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON

*CLERK OF COURT*

Date:  ___14 APR 2010___          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  09-CV-9651 (HB)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   First Financial Equities Inc,
was received by me on *(date)*   4/30/10   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   David Sadek   , who is
designated by law to accept service of process on behalf of *(name of organization)*   First Financial
Equities Inc., 635 Norfolk St, Teaneck, on *(date)* 5/15/10 ; or
N.J.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   5/15/10

_____
*Server's signature*

Ivan Turna
_____
*Printed name and title*

1359 Littleton Rd
Morris Plains, N.J. 07950
_____
*Server's address*

Additional information regarding attempted service, etc: