UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AURORA LOAN SERVICES LLC,                          Index No.: 09-CV-9651 (HB)

                Plaintiff,

     -against-                                                  **ANSWER**

DAVID SADEK; WINTHROP ABSTRACT, LLC;        **JURY TRIAL DEMANDED**
FIRST FINANCIAL EQUITIES, INC.; THE
CLOSING NETWORK, LTD.; 100 W. 58TH ST. 7C
LLC; MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; JPMORGAN CHASE BANK, N.A.;
BOARD OF MANAGERS WINDSOR PARK
CONDOMINIUM; WINDSOR TOV LLC; FREMONT
INVESTMENT & LOAN; JOHN DOES 1-10,

                Defendants.
------------------------------------------------------------------X

      Defendant, **THE CLOSING NETWORK, LTD.**, by **Zisholtz & Zisholtz, LLP**, its attorneys, in answering the Complaint, respectfully alleges:

      **FIRST:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "1", "2", "3", "4", "6", "7", "8", "9", "10", "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "31", "32", "33", "34", "35", "37", "38", "39", "40", "41", "42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52" and "53" of the Complaint.

      **SECOND:** Denies each and every allegation contained in paragraphs marked "30" and "36" of the Complaint.

**ANSWERING THE FIRST CAUSE OF ACTION**

      **THIRD:** Answering the allegations contained in paragraph marked "54" of the Complaint, this defendant repeats, reiterates and realleges each and every

admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**FOURTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "55", "56", "57", "58", "59", "60", "61", "62", "63", "64", "65" and "66" of the Complaint.

**FIFTH:** Denies each and every allegation contained in paragraph marked "61" of the Complaint.

## ANSWERING THE SECOND CAUSE OF ACTION

**SIXTH:** Answering the allegations contained in paragraph marked "67" of the Complaint, this defendant repeats, reiterates and realleges each and every admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**SEVENTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "68", "69", "70", "71", "72", "73", "74", "75", "76" and "77" of the Complaint.

## ANSWERING THE THIRD CAUSE OF ACTION

**EIGHTH:** Answering the allegations contained in paragraph marked "78" of the Complaint, this defendant repeats, reiterates and realleges each and every admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**NINTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "79", "80", "81", "82", "83", "84", "86", "87", "88", "89" and "90" of the Complaint.

**TENTH:** Denies each and every allegation contained in paragraph marked "85" of the Complaint.

### ANSWERING THE FOURTH CAUSE OF ACTION

**ELEVENTH:** Answering the allegations contained in paragraph marked "91" of the Complaint, this defendant repeats, reiterates and realleges each and every admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**TWELFTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "92", "93", "94", "95", "96", "97", "98", "99", "100", "101", "102", "103", "104", "105" and "106" of the Complaint.

### ANSWERING THE FIFTH CAUSE OF ACTION

**THIRTEENTH:** Answering the allegations contained in paragraph marked "107" of the Complaint, this defendant repeats, reiterates and realleges each and every admission, denial or allegation heretofore had herein with the same force and effect as if they are set forth herein at length.

**FOURTEENTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "108", "109", "110", "111", "112", "113", "114", "115", "116", "117", "118", "119", "120", "121" and "122" of the Complaint.

### ANSWERING THE SIXTH CAUSE OF ACTION

**FIFTEENTH:** Answering the allegations contained in paragraph marked "123" of the Complaint, this defendant repeats, reiterates and realleges each and every

admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**SIXTEENTH:** Denies each and every allegation contained in paragraphs marked "125", "126", "127" and "128" of the Complaint.

**SEVENTEENTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "129" and "130" of the Complaint.

### ANSWERING THE SEVENTH CAUSE OF ACTION

**EIGHTEENTH:** Answering the allegations contained in paragraph marked "131" of the Complaint, this defendant repeats, reiterates and realleges each and every admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**NINETEENTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "132", "133", "134", "135", "136", "137", "138", "139", "140", "141", "142", "143", "144", "145", "146" and "147" of the Complaint.

### ANSWERING THE EIGHTH CAUSE OF ACTION

**TWENTIETH:** Answering the allegations contained in paragraph marked "148" of the Complaint, this defendant repeats, reiterates and realleges each and every admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**TWENTY-FIRST:** Denies each and every allegation contained in paragraphs marked "149", "150", "151", "152" and "153" of the Complaint.

**TWENTY-SECOND:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "154" and "155" of the Complaint.

## ANSWERING THE NINTH CAUSE OF ACTION

**TWENTY-THIRD:** Answering the allegations contained in paragraph marked "156" of the Complaint, this defendant repeats, reiterates and realleges each and every admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**TWENTY-FOURTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "157", "158", "159", "160", "161", "162", "163", "164", "165", "166", "167", "168", "169", "170", "171" and "172" of the Complaint.

## ANSWERING THE TENTH CAUSE OF ACTION

**TWENTY-FIFTH:** Answering the allegations contained in paragraph marked "173" of the Complaint, this defendant repeats, reiterates and realleges each and every admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**TWENTY-SIXTH:** Denies each and every allegation contained in paragraphs marked "174", "175", "176", "177", "178", "179" and "180" of the Complaint.

### ANSWERING THE ELEVENTH CAUSE OF ACTION

**TWENTY-SEVENTH:** Answering the allegations contained in paragraph marked "181" of the Complaint, this defendant repeats, reiterates and realleges each and every admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**TWENTY-EIGHTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "182", "183" and "184" of the Complaint.

### ANSWERING THE TWELFTH CAUSE OF ACTION

**TWENTY-NINTH:** Answering the allegations contained in paragraph marked "185" of the Complaint, this defendant repeats, reiterates and realleges each and every admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**THIRTIETH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "186, "187", "188", "189", "190", "191", "192", "193", "194", "195" and "196" of the Complaint.

### ANSWERING THE THIRTEENTH CAUSE OF ACTION

**THIRTY-FIRST:** Answering the allegations contained in paragraph marked "197" of the Complaint, this defendant repeats, reiterates and realleges each and every admission, denial or allegation heretofore had herein with the same force and effect as if fully set forth herein at length.

**THIRTY-SECOND:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs marked "198", "199", "200", "201", "202", "203", "204", "205", "206" and "207" of the Complaint.

### AS AND FOR A FIRST, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

**THIRTY-THIRD:** That the defendant was not the Settlement Agent in the transaction at issue in this litigation as alleged by the plaintiff.

**THIRTY-FOURTH:** That by reason of the foregoing, the defendant is not liable to the plaintiff.

### AS AND FOR A SECOND, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

**THIRTY-FIFTH:** Any damages sustained by plaintiff were caused by intervening and/or superseding factors that relieve this defendant from any liability in this action.

**THIRTY-SIXTH:** That by reason of the foregoing, the plaintiff is not owed any money from this defendant.

### AS AND FOR A THIRD, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

**THIRTY-SEVENTH:** The complaint does not set forth sufficient facts to allow the defendants to determine all potential affirmative defenses. accordingly, the defendants reserve their rights to assert or withdraw additional defenses when such information is ascertained through discovery.

## AS AND FOR A FOURTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE AND FIRST CROSS CLAIM AGAINST THE OTHER DEFENDANTS

**THIRTY-EIGHTH:** That if plaintiff is entitled to recover from defendant, **THE CLOSING NETWORK**, or any other answering defendant herein, then the same is due and owing from the other defendants.

**THIRTY-NINTH:** That by reason of the foregoing, this answering defendant is entitled to judgment over and against the other defendants, jointly and severally, in the event of any recovery by the plaintiff herein against **THE CLOSING NETWORK** and for reimbursement of all fees, expenses, including but not limited to reasonable counsel fees.

**WHEREFORE,** defendant, **THE CLOSING NETWORK, LTD**., demands judgment dismissing the complaint as against them, together with the costs and disbursements of this action; that on the First Cross Claim, in the event judgment is granted or entered in favor of the plaintiff, that **THE CLOSING NETWORK** have judgment over and against

the other defendants, jointly and severally, together with interest, reasonable counsel fees, and the costs and disbursements of this action.

Dated:     Mineola, New York
           June 21, 2010

                              Yours, etc.

                              **ZISHOLTZ & ZISHOLTZ, LLP**

                    By:   /s/
                              Stuart S. Zisholtz (7533)
                              Attorney for Defendant
                              **THE CLOSING NETWORK, LTD.**
                              Office and P.O. Address
                              170 Old Country Road, Suite 300
                              Mineola, New York 11501
                              (516) 741-2200

TO:     **TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP**
          Attorneys for Plaintiff
          Four Gateway Center
          100 Mulberry Street - Suite 5
          Newark, New Jersey 07102
          (973) 622-3000

Index No. 09-CV-9651 (HB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURORA LOAN SERVICES LLC,,

                                                                Plaintiff,

- against -

DAVID SADEK; WINTHROP ABSTRACT, LLC, FIRST FINANCIAL EQUITIES, INC.; THE CLOSING NETWORK, LTD.; 100 W. 58TH ST. 7C LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JPMORGAN CHASE BANK, N.A.; BOARD OF MANAGERS WINDSOR PARK CONDOMINIUM; WINDSOR TOV LLC; FREMONT INVESTMENT & LOAN; JOHN DOES 1-10,

                                                                Defendants.

## ANSWER

### ZISHOLTZ & ZISHOLTZ, LLP

*Attorneys for* Deft. **THE CLOSING NETWORK, LTD.**

*Office Address & Tel. No.:*

170 Old Country Road
Suite 300
Mineola, New York 11501
(516) 741-2200

*Pursuant to 22 NYCRR 130-1.1, the undersigned an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:Signature*_____

*Print Signer's name*_____

*Service of a copy of the within*                                        *is hereby admitted.*

*Dated:*

_____

*Attorney(s) for*