```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AURORA LOAN SERVICES LLC,

        Plaintiff,

 - against -

DAVID SADEK, et al.

        Defendants.
-----------------------------------------------------------x

09 CV 9651 (HB)

**ORDER**

Hon. HAROLD BAER, JR., District Judge:

    WHEREAS, on June 10, 2010, a Rule 16 Pretrial Conference was scheduled to be held in Chambers at 3 P.M.; and,

    WHEREAS, counsel for Plaintiff Aurora Loan Services LLC ("Plaintiff" or "Aurora") appeared but no appearance was made by counsel for any defendant; and,

    WHEREAS, all parties appear to have been served by June 4, 2010; it is hereby,

    **ORDERED**, that, Plaintiff shall file for default, if appropriate, against relevant defendants by no later than 30 days from the date of this Order.

**SO ORDERED.**

New York, New York
June 22, 2010

                                                          _____
                                                          HAROLD BAER, JR.
                                                          **United States District Judge**

1