UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AURORA LOAN SERVICES LLC,   Index No.: 09-CV-9651 (HB)

                Plaintiff,

-against-   **RULE 26(a) DISCLOSURE**

DAVID SADEK; WINTHROP ABSTRACT, LLC;
FIRST FINANCIAL EQUITIES, INC.; THE
CLOSING NETWORK, LTD.; 100 W. 58TH ST. 7C
LLC; MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; JPMORGAN CHASE BANK, N.A.;
BOARD OF MANAGERS WINDSOR PARK
CONDOMINIUM; WINDSOR TOV LLC; FREMONT
INVESTMENT & LOAN; JOHN DOES 1-10,

                Defendants.
-------------------------------------------------------------------X,

      Defendant, **THE CLOSING NETWORK, LTD.** by Zisholtz & Zisholtz, LLP, its attorneys, as and for its FRCP 26(A) Disclosure, alleges as follows:

### INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

    1.    Jay Zucker, Steven Kwestel on behalf of **THE CLOSING NETWORK, LTD.**, and defendant, **DAVID SADEK**. The defendant, **THE CLOSING NETWORK, LTD.**, reserves the right to amend this response and supplement additional names.

### DOCUMENTS RELEVANT TO THE DISPUTED FACTS

    2.    Defendant, **THE CLOSING NETWORK, LTD.** expects to rely upon various documents either at the trial or obtained through discovery of other parties to the action, including, but not limited to, closing documents, deeds, mortgages, notes, title reports and correspondence.

1

## COMPUTATION OF DAMAGES

Not applicable

## INSURANCE AGREEMENT

Not applicable.

Dated:   Mineola, New York
         August 12, 2010

                                        ZISHOLTZ & ZISHOLTZ, LLP

                                   By:  _____
                                        Stuart S. Zisholtz (7533)
                                        Attorney for Defendant, **THE CLOSING NETWORK, LTD.**
                                        Office and P.O. Address
                                        170 Old Country Road, Suite 300
                                        Mineola, New York 11501
                                        (516) 741-2200

To:   **TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP**
      Attorneys for Plaintiff, **AURORA LOAN SERVICES LLC**
      Four Gateway Center
      100 Mulberry Street - Suite 5
      Newark, New Jersey 07102
      (973) 622-3000
      100 Church Street, Room 3-241
      New York, New York 10007
      (212) 788-1185