**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2007020700050001001E0442

## RECORDING AND ENDORSEMENT COVER PAGE
PAGE 1 OF 3

| | | |
|---|---|---|
| Document ID: 2007020700050001 | Document Date: 02-02-2007 | Preparation Date: 02-07-2007 |

Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 2

| PRESENTER: | RETURN TO: |
|---|---|
| FIRST AMERICAN TITLE INSURANCE<br>1100 SUPERIOR AVENUE, SUITE 200<br>CLEVELAND, OH 44114<br>800-221-8683<br>JTATONETTI@FIRSTAM.COM | FIRST AMERICAN TITLE INSURANCE<br>1100 SUPERIOR AVENUE, SUITE 200<br>CLEVELAND, OH 44114<br>800-221-8683<br>JTATONETTI@FIRSTAM.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1010 | 1444 Entire Lot | 7C | 100 WEST 58TH STREET |

Property Type: DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

CRFN: 2006000688570

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| FIRST FINANCIAL EQUITIES, INC<br>300 FRANK BURR BLVD, 4TH FLOOR<br>TEANECK, NJ 07666 | WASHINGTON MUTUAL BANK, FA<br>3200 SOUTHWEST FREEWAY, SUITE HOU-1992<br>HOUSTON, TX 77027 |

### FEES AND TAXES

| Mortgage | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 47.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed       02-13-2007 09:36
City Register File No.(CRFN):
2007000082827

*Annette M. Hill*
*City Register Official Signature*

Prepared By/Return to:
First American Title Insurance Company
Lenders Advantage
1100 Superior Avenue, Suite 200
Cleveland OH. 44114

(800)221-8683

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

Loan No. ▓▓▓▓9045

KNOW ALL MEN BY THESE PRESENTS:
Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for
That First Financial Equities, Inc _____, without recourse, ("Assignor") its successors and assigns,
whose address is 300 Frank Burr Blvd, 4th Flr Teaneck, NJ 07666
for value received, does by these presents grant, bargain, sell, assign, transfer and set over unto:
Washington Mutual Bank, A Federal Association _____, ("Assignee") whose address is
3200 Southwest Freeway, Suite HOU- 1992 Houston, TX 77027
all of Assignor's right, title and beneficial interest in and to that certain Deed of Trust describing land therein,
recorded in the City/County of NEW YORK _____, State of New York as follows:

Name of Borrower: 100 W. 58th Street 7-C LLC
Date Executed: 09/11/2006
Date Recorded: 12/15/2006
Instrument No: 2006000688570
Book:
Page:
Loan Amount: 650,000.00

7C LLC
11096722                                      NY
FIRST AMERICAN LENDERS ADVANTAGE
ASSIGNMENT

Lender: First Financial Equities, Inc _____
Property Address: 100 West 58th, Street Unit 7C New York, NY 10019
Tax ID.: 1010-36 AND 1444
TOGETHER with the note therein described and the moneys due and to become due thereon, interest and
attorney's fees and all other charges.
THIS ASSIGNMENT is made without recourse, representation or warranty, express or implied.
IN WITNESS WHEREOF, Assignor has caused this instrument to be duly executed as of this 2nd day of
February _____, 2007 by a duly authorized officer.

_____ (Assignor)
Mortgage Electronic Registration System ("MERS")

_Timothy J. Smith_
Witness TIMOTHY J. STOKES

_(signature)_
Witness DAVID PETTY

By: _Sonya L. Faivre_
Sonya L. Faivre
Its: Assistant Secretary/Vice President

STATE OF __Texas__

COUNTY OF __Harris__

On the __2__ day of __February__, in the year __2007__, before me the undersigned, personally appeared __Sonya L. Faivre__ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

Notary Public __Marjorie A Arredondo__

My Commission Expires: __3/7/09__

MARJORIE A ARREDONDO
My Commission Expires
March 7, 2009