

Winthrop Abstract, LLC.
Titledge Plaza
654 Sharrotts Road
Staten Island, NY 10309

                           Steven Kwestel, Esq
                           300 Frank West Burr Blvd
                           Glenpoint Center East
                           Teaneck NJ 07666

To Steve,

       As per our conversation; enclosed please your original two deeds for David Sadek's properties.

       In Return please fed ex back both Owners policies sent to you, ASAP to the attention of Kristy Brenner.

       Please let us know if there is anything else you need our assistance with.

Thank you
Jonathan Boxman/ Kristy Brenner