# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _____   Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☒ Conventional ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|
| | ☐ FHA ☐ USDA/Rural Housing Service | | ...9045 |

| Amount | Interest Rate | No. of Months | Amortization Type: | ☐ Fixed Rate ☐ Other (explain): |
|---|---|---|---|---|
| $ 650,000 | 5.875 % | 360/360 | | ☐ GPM ☒ ARM (type): 3-1 LIBOR |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 100 WEST 58TH STREET #7C, New York, NY 10019   County: New York   No. of Units: 1

Legal Description of Subject Property (attach description if necessary)   Year Built:

Purpose of Loan: ☐ Purchase ☐ Construction ☐ Other (explain): ☒ Refinance ☐ Construction-Permanent

Property will be: ☐ Primary Residence ☐ Secondary Residence ☒ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| | $  0 | $  0 | No Cash-Out Rate/Term | Cost $ 0 |

Title will be held in what Name(s): 100 w. 58th street #7c llc

Manner in which Title will be held: Single man

Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain): Checking/Savings

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable): DAVID SADEK | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number: [redacted]   Home Phone: 201-833-4038   DOB: 09/21/1964   Yrs. School: 18 | Social Security Number   Home Phone   DOB   Yrs. School |
| ☒ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated   Dependents (not listed by Co-Borrower) no. 5  ages 13, 13, 11, 8, 5 | ☐ Married ☐ Unmarried ☐ Separated   Dependents (not listed by Borrower) no. ___  ages ___ |
| Present Address (street, city, state, ZIP) ☒ Own ☐ Rent  3 No. Yrs.  635 NORFOLK STREET  Teaneck, NJ 07666 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
|---|---|
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |

Fannie Mae Form 1003  07/05
CALYX Form Loanapp1.frm 09/05

Page 1 of 5

Borrower _____
Co-Borrower _____

Freddie Mac Form 65  07/05



CHASE 00533

## IV. EMPLOYMENT INFORMATION

| Borrower | | | Co-Borrower | | |
|---|---|---|---|---|---|
| Name & Address of Employer: FIRST FINANCIAL EQUITIES, INC. 25 ROCKWOOD PLACE Englewood, NJ 07631 | ☑ Self Employed | Yrs. on this job: 14 yr(s) Yrs. employed in this line of work/profession: 19 | Name & Address of Employer | ☐ Self Employed | Yrs. on this job Yrs. employed in this line of work/profession |
| Position/Title/Type of Business: CEO | | Business Phone (incl. area code): 201-227-4207 | Position/Title/Type of Business | | Business Phone (incl. area code) |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 76,038.62 | $ | $ 78,038.62 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 5,877.00 | $ 3,845.00 |
| Bonuses | | | | Other Financing (P&I) | 885.00 | 3,845.00 |
| Commissions | | | | Hazard Insurance | INCL | |
| Dividends/Interest | 8,477.47 | | 8,477.47 | Real Estate Taxes | INCL | 939.48 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income" below) | | | | Homeowner Assn. Dues | | 1,147.47 |
| | | | | Other: | | |
| Total | $ 84,516.09 | $ | $ 84,516.09 | Total | $ 6,762.00 | $ 9,776.95 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income  Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |

Fannie Mae Form 1003  07/05
CALYX Form Loanapp2.frm 09/05

Page 2 of 5

Borrower _____
Co-Borrower _____

Freddie Mac Form 65  07/05

CHASE 00534

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed [✓] Jointly  [ ] Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| Cash deposit toward purchase held by: $ | | | | |
| List checking and savings accounts below | | Name and address of Company<br>FIRST FINANCIAL<br>(FIRST MORTGAGE ON SUBJECT PROPERTY) | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union<br>JP MORGAN | | | | |
| | | Acct. no. | | 995,000 |
| Acct. no. ████████ | $ 33,539 | Name and address of Company<br>FIRST FINANCIAL<br>(SECOND MORTGAGE ON SUBJECT PROPERTY) | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union<br>JP MORGAN | | | | |
| | | Acct. no. | * | 400,000 |
| Acct. no. ████████ | $ 66,311 | Name and address of Company<br>CENLAR/THORNBURG MTG<br>(MORTGAGE ON 27 CENTURY RIDGE ROAD) | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union<br>NIA SECURITIES | | | | |
| | | Acct. no. ████████ | (5,940) | 1,109,932 |
| Acct. no. ████████ | $ 158,608 | Name and address of Company<br>CHASE MANHATTAN MTGE<br>(FIRST MORTGAGE ON PRIMARY RESIDENCE 635 NORFOLK STREET) | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number description) | $ | | | |
| | | Acct. no. ████████ | (5,877) | 762,127 |
| | | Name and address of Company<br>COUNTRYWIDE HOME LOA<br>(FIRST MORTGAGE ON 100 OLD PALISADES AVENUE UNIT 3305) | $ Payment/Months | $ |
| Life insurance net cash value | $ | | | |
| Face amount $ | | | | |
| Subtotal Liquid Assets | $ 446,542 | Acct. no. ████████ | (2,204) | 657,013 |
| Real estate owned (enter market value from schedule of real estate owned) | $ 18,338,000 | Name and address of Company<br>COUNTRYWIDE HOME LOA<br>(FIRST MORTGAGE ON 100 OLD PALISADES AVENUE UNIT 2607) | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. ████████ | (2,055) | 612,538 |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 6,265 | |
| Total Assets a. | $ 18,784,542 | Net Worth (a minus b) => $ 9,862,049 | Total Liabilities b. | $ 8,922,493 |

### Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale of R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 27 CENTURY RIDGE ROAD<br>Purchase, NY 10577 | R  SFR | $ 1,850,000 | $ 1,109,932 | $ 7,600 | $ 5,940 | $ 0 | $ -240 |
| 635 NORFOLK STREET<br>Teaneck, NJ 07666 | PRIMARY RESIDENCE<br>SFR | 3,500,000 | 913,223 | 0 | 6,762 | 0 | |
| 374 WINTHROP ROAD<br>Teaneck, NJ 07666 | PREVIOUS PRIMARY RESID-SOLD<br>S  SFR | 1,075,000 | 789,482 | 0 | 5,812 | 1,175 | 0 |
| * See page 5 for the additional properties | Totals | $ 18,338,000 | $ 8,311,001 | $ 24,044 | $ 42,207 | $ 1,175 | $ -9,922 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

Fannie Mae Form 1003  07/05
CALYX Form Loanapp3.frm 09/05

Page 3 of 5

Borrower _____
Co-Borrower _____

Freddie Mac Form 65  07/05

CHASE 00535

## VII. DETAILS OF TRANSACTION

| | |
|---|---:|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | 0.00 |
| c. Land (if acquired separately) | 0.00 |
| d. Refinance (incl. debts to be paid off) | 400,000.00 |
| e. Estimated prepaid items | 4,409.59 |
| f. Estimated closing costs | 32,335.00 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 436,744.59 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 650,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 650,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -213,255.41 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|:-:|:-:|:-:|:-:|
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☑ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j. Are you a U. S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☐ | ☑ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | CO-BORROWER | ☐ I do not wish to furnish this information | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian   ☐ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian   ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☑ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White |
| Sex: | ☐ Female | ☑ Male | Sex: | ☐ Female | ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | | Name and Address of Interviewer's Employer |
|---|---|---|---|
| This application was taken by: | GAVIN KATZ | | FIRST FINANCIAL EQUITIES, INC. |
| ☑ Face-to-face interview | Interviewer's Signature | Date | 300 FRANK W. BURR BLVD. |
| ☐ Mail | | | TEANECK, NJ 07666 |
| ☐ Telephone | Interviewer's Phone Number (incl. area code) | | (P) 201-227-4200 |
| ☐ Internet | 201-227-4200 | | (F) 201-567-2909 |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp4.frm 09/05

Page 4 of 5

Freddie Mac Form 65   07/05

CHASE 00536

## Continuation Sheet/Residential Loan Application

| | |
|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: DAVID SADEK<br>Co-Borrower: |
| Agency Case Number: | |
| Lender Case Number: 20509045 | |

### VL. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union<br>FIDELITY | | Name and address of Company<br>GMAC MORTGAGE CORP<br>(MORTGAGE ON 18001 COLLINS AVENUE UNIT 1105) | $ Payt./Mos. | $ |
| Acct. no. 579-114847 | $ 117,481 | Acct. No. 290002555 | (2,151) | 592,222 |
| Name and address of Bank, S&L, or Credit Union<br>FIDELITY | | Name and address of Company<br>COUNTRYWIDE HOME LOA<br>(FIRST MORTGAGE ON 18001 COLLINS AVENUE #514-OFFICE LOCATION-PAID BY BUSINESS AS PER CHECKS AND DEED) | $ Payt./Mos. | $ |
| Acct. no. 613-166090 | $ 12,356 | Acct. No. 87210687 | (1,678) | 468,319 |
| Name and address of Bank, S&L, or Credit Union<br>FIDELITY | | Name and address of Company<br>AMERICAS SERVICING C<br>(MORTGAGE ON 18001 COLLINS AVENUE UNIT #605) | $ Payt./Mos. | $ |
| Acct. no. 579-519235 | $ 15,434 | Acct. No. 4081205071393 | (1,704) | 467,367 |
| Name and address of Bank, S&L, or Credit Union<br>FIDELITY | | Name and address of Company<br>COUNTRYWIDE HOME LOA<br>(FIRST MORTGAGE ON 100 OLD PALISADES AVENUE UNIT 3409) | $ Payt./Mos. | $ |
| Acct. no. 579-071013 | $ 21,219 | Acct. No. 91893542 | (1,513) | 451,135 |
| Name and address of Bank, S&L, or Credit Union<br>GUARDIAN PARK AVENUE FUND | | Name and address of Company<br>WASHINGTON MUTUAL FA<br>(FIRST MORTGAGE ON 19390 COLLINS AVENUE UNIT 1001A) | $ Payt./Mos. | $ |
| Acct. no. 185-41067 | $ 21,614 | Acct. No. 9080533370215 | (1,959) | 288,127 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>CITIMORTGAGE INC<br>(MORTGAGE ON 18001 COLLINS AVENUE UNIT #515) | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 12242780 | (962) | 280,000 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>GMAC MORTGAGE CORP<br>(SECOND MORTGAGE ON 100 OLD PALISADES AVENUE UNIT 3305) | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 280029390 | (1,559) | 223,077 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X | Date | Co-Borrower's Signature: X | Date |
|---|---|---|---|

Fannie Mae Form 1003  07/05
CALYX Form 1003 LnapSasLirm 9/05

Freddie Mac Form 65  07/05

CHASE 00537

# MISSING PAGES

1-4 OF 5

171-4   P 02

CHASE 00538

## Continuation Sheet/Residential Loan Application

Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower.

Borrower: **DAVID SADEK**
Co-Borrower:

Agency Case Number:
Lender Case Number: 20609045

### VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | $ | Name and address of Company<br>COUNTRYWIDE HOME LOA<br>(MORTGAGE ON 745 SW 148TH AVENUE #807) | $ Payt./Mos. | $ |
| Acct. no.<br>Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 81257014<br>Name and address of Company<br>COUNTRYWIDE HOME LOA<br>(MORTGAGE ON 711 SW 148TH AVENUE #1004) | (767)<br>$ Payt./Mos. | 161,942<br>$ |
| Acct. no.<br>Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 81257342<br>Name and address of Company<br>COUNTRYWIDE HOME LOA<br>(MORTGAGE ON 751 SW 148TH AVENUE #1007) | (767)<br>$ Payt./Mos. | 161,942<br>$ |
| Acct. no.<br>Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 81249493<br>Name and address of Company<br>WELLS FARGO HOME MOR<br>(FIRST MORTGAGE ON 4855 VIA PALM LAKE UNIT #912) | (767)<br>$ Payt./Mos. | 161,942<br>$ |
| Acct. no.<br>Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 7080148431836<br>Name and address of Company<br>1ST FNCL<br>(MORTGAGE SOLD TO WELLS ON 4855 VIA PALM LAKE #912-SEE ABOVE) | (777)<br>$ Payt./Mos. | 146,320<br>$ |
| Acct. no.<br>Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 98279020509169<br>Name and address of Company<br>AMERICAS SERVICING C<br>(MORTGAGE ON 18001 COLLINS AVENUE #604) | $ Payt./Mos. | $ |
| Acct. no.<br>Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 4051205071394<br>Name and address of Company<br>1ST FNCL<br>(MORTGAGE ON 612 EAST 7TH STREET) | (4811)<br>$ Payt./Mos. | 131,815<br>$ |
| Acct. no. | $ | Acct. No. 98219050312008 | (1,020) | 114,827 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

Borrower's Signature: X    Date:
Co-Borrower's Signature: X    Date:

Fannie Mae Form 1003   07/05
CALYX Form 1003 LnapSast.frm 9/05
Page 5 of 5
Freddie Mac Form 65   07/05

CHASE 00539

# MISSING PAGES

1-4 OF 5

171-4   P 02

CHASE 00540

# Continuation Sheet/Residential Loan Application

| | |
|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: DAVID SADEK<br>Co-Borrower: |
| Agency Case Number: | |
| Lender Case Number: 20600045 | |

## VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>1ST FNCL<br>(MORTGAGE ON 608 EAST 7TH STREET) | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 382190503172007 | (921) | 103,714 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>GMAC MORTGAGE CORP<br>(SECOND MORTGAGE ON 100 OLD PALISADES AVENUE #2607) | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 280023398 | (529) | 75,776 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>IRWIN HOME EQUITY<br>(SECOND MORTGAGE ON 18001 COLLINS AVENUE #514) | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 6560006400015 | (408) | 60,569 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>IRWIN HOME EQUITY<br>(SECOND MORTGAGE ON 19390 COLLINS AVENUE #1001A) | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 6560006402501 | (365) | 56,581 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>GMAC MORTGAGE CORP<br>(SECOND MORTGAGE ON 100 OLD PALISADES AVENUE UNIT 3409) | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 280023397 | (390) | 55,809 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>CHASE-MNHTN<br>(MORTGAGE ON PREVIOUS PRIMARY RESIDENCE AT 374 WINTHROP ROAD-SOLD) | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 447021465 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>CHASE-MNHTN<br>(SECOND MORTGAGE ON PRIMARY RESIDENCE AT 635 NORFOLK STREET) | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 44921964 | (885) | 151,096 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X | Date | Co-Borrower's Signature: X | Date |
|---|---|---|---|

Fannie Mae Form 1003  07/05
CALYX Form 1003 LnapSest.frm 8/05

Page 6 of 5

Freddie Mac Form 65  07/05

CHASE 00541

# MISSING PAGES

1-4 OF 5

171-4   P 02

CHASE 00542

## Continuation Sheet/Residential Loan Application

| | | | |
|---|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: DAVID SADEK<br>Co-Borrower: | Agency Case Number:<br>Lender Case Number: 20└09045 | |

### VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>NORTH FORK BK & TRUS<br>245 LOVE LN<br>MATTITUCK, NY 11952 | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 759024095 | 3,165 | 135,690 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>G M A C | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 020908513401 | 887 | 24,446 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>AMEX<br>P.O. BOX 297871<br>FORT LAUDERDALE, FL 33329 | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 029842006010356912 | 1,078 | 21,578 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>AMEX<br>(DUPLICATE) | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 029842006010356912 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>HANN FINANCIAL SERVI<br>RARITAN PLAZA III SUITE 204<br>EDISON, NJ 08837 | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 25518523415 | 813 | 15,454 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>CHASE<br>800 BROOKSEDGE BLV<br>WESTERVILLE, OH 43081 | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 4226910119410363 | 301 | 15,075 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>CHASE<br>201 N. WALNUT STREET<br>WILMINGTON, DE 19801 | $ Payt/Mos. | $ |
| Acct. no. | $ | Acct. No. 767103101124259 | 21 | 1,060 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature:<br>X | Date | Co-Borrower's Signature:<br>X | Date |
|---|---|---|---|

Fannie Mae Form 1003  07/05
CALYX Form 1003 Lnap5astLfrm 9/05

Page 5 of 5

Freddie Mac Form 65  07/05

# MISSING PAGES

1–4 OF 5

# Continuation Sheet/Residential Loan Application

| | |
|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: DAVID SADEK<br>Co-Borrower: |
| Agency Case Number: | |
| Lender Case Number: 20605045 | |

## VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature:<br>X | Date | Co-Borrower's Signature:<br>X | Date |
|---|---|---|---|

Fannie Mae Form 1003   07/05
CALYX Form 1003 LnapSast.frm 9/05

Page 5 of 5

Freddie Mac Form 65   07/05

CHASE 00545

# MISSING PAGES

1-4 OF 5

171-4   P 02

CHASE 00546

# Continuation Sheet/Residential Loan Application

Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower.

Borrower: DAVID SADEK
Co-Borrower:

Agency Case Number:
Lender Case Number: 20800045

## VI. ASSETS AND LIABILITIES

### Schedule of Real Estate Owned

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 18001 COLLINS AVENUE #604 NORTH MIAMI BEACH | R CONDOTEL | 400,000 | 131,815 | 1,018 | 481 | INCL | 283 |
| 18001 COLLINS AVENUE #605 NORTH MIAMI BEACH, FL | R CONDOTEL | 585,000 | 467,367 | 1,269 | 1,704 | INCL | -752 |
| 19390 COLLINS AVENUE # 1001A | R CONDO | 390,000 | 344,708 | 1,550 | 2,324 | INCL | -1,162 |
| 18001 COLLINS AVENUE UNIT 515 SUNNY ISLES, FL OFFICE LOCATION-PAID BY BUSINES | CONDO | 613,000 | 488,319 | 0 | 1,678 | | |
| 751 SW 148TH AVENUE UNIT 1004 FORT. LAUDERDALE, FL | R CONDO | 275,000 | 161,942 | 1,296 | 767 | | 205 |
| 711 SW 148TH AVENUE UNIT 807 | R CONDO | 275,000 | 161,942 | 0 | 767 | | -767 |
| 745 SW 148TH AVENUE UNIT 1007 | R CONDO | 275,000 | 161,942 | 1,295 | 767 | | 204 |
| 18001 COLLINS AVENUE UNIT 514 NORTH MIAMI BEACH OFFICE LOCATION-PAID BY BUSINES | R CONDOTEL | 650,000 | 548,888 | | 2,086 | | -2,086 |
| 100 OLD PALISADES AVENUE #3305 | R | 1,000,000 | 880,090 | 4,000 | 3,763 | | -763 |
| 100 OLD PALISADES AVENUE #2607 | R | 800,000 | 688,314 | 2,900 | 2,584 | | -409 |
| 100 OLD PALISADES AVENUE #3409 | R | 625,000 | 506,944 | 2,200 | 1,903 | | -253 |
| 18001 COLLINS AVENUE #1105 | R CONDO | 825,000 | 591,222 | 916 | 2,151 | | -1,464 |
| 4855 VIA PALM LAKE #912 | R CONDO | 200,000 | 146,320 | | 777 | | -777 |
| 612 EAST 7TH STREET | R | 2,500,000 | 114,827 | | 1,020 | | -1,020 |
| 608 EAST 7TH STREET | R | 2,500,000 | 103,714 | | 921 | | -921 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

Borrower's Signature: X   Date:
Co-Borrower's Signature: X   Date:

Fannie Mae Form 1003  07/05
CALYX Form Lnapsreo.frm 09/05

Page 5 of 5

Freddie Mac Form 65  07/05

CHASE 00547