UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AURORA LOAN SERVICES LLC,　　　　　　　　　　Civil Case No.: 09-CV-9651 (HB)

                 Plaintiff

- against -

DAVID SADEK; WINTHROP ABSTRACT, LLC;
FIRST FINANCIAL EQUITIES, INC.; THE
CLOSING NETWORK, LTD.; 100 W. 58TH ST. 7C
LLC; MORTGAGE ELECTRONIC REGISTRATION　　**NOTICE OF MOTION**
SYSTEMS, INC.; JPMORGAN CHASE BANK, N.A.;
BOARD OF MANAGERS WINDSOR PARK
CONDOMINIUM; WINDSOW TOV LLC; FREMONT
INVESTMENT & LOAN; JOHN DOES 1-10,

                 Defendants.
------------------------------------------------------------x

     PLEASE TAKE NOTICE, that upon the affidavit of Cynthia A. Augello, sworn to on June 3, 2011, together with the exhibits attached thereto, and the accompanying memorandum of law, the undersigned will move this Court before the Honorable Harold Baer, Jr. of the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007 for an order granting defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) or 12(c) and for any further relief as this Court may deem appropriate at a date to be determined by the Court.

     PLEASE TAKE NOTICE, that oral argument will be held on a date and time to be designated by the court.

Dated: Garden City, New York
       June 9, 2011

                                        CULLEN AND DYKMAN LLP

                             By: _____
                                        Cynthia A. Augello (CA 3839)
                                        Attorneys for Defendant
                                        100 Quentin Roosevelt Boulevard
                                        Garden City, New York 11530
                                        (516) 357-3700

To:   William C. Sandelands, Esq.
      Attorney for Plaintiff
      Four Gateway Center – Suite 5
      100 Mulberry Street
      Newark, New Jersey 07102-4070

      Michelle Cheng, Esq.
      Attorneys for Defendant
      The Closing Network, Ltd.
      170 Old Country Road, Suite 300
      Mineola, New York 11501