UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Aurora Loan Svs. LLC

Plaintiff,

-v-

David Sadek et al.

Defendant.

-----------------------------------------------------------X

USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/11

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

09 Civ. 9651 (HB) (JCF)

The above entitled action is referred to the designated Magistrate Judge Francis for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: Default Judgment

_____

All such motions: ____

**Matter is to be resolved in concert with the Pretrial Scheduling Order attached.**

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
         6/30/11

/s/ Harold Baer
United States District Judge