ZISHOLTZ & ZISHOLTZ, LLP
170 Old Country Road, Suite 300
Mineola, New York 11501
(516) 741-2200
*Attorneys for Defendant-The Closing Network*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04 AUG 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AURORA LOAN SERVICES LLC,

                Plaintiff,

-against-

DAVID SADEK; WINTHROP ABSTRACT, LLC,
FIRST FINANCIAL EQUITIES, INC.; THE
CLOSING NETWORK, LTD.; 100 W. 58TH ST. 7C
LLC; MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; JPMORGAN CHASE BANK, N.A.;
BOARD OF MANAGERS WINDSOR PARK
CONDOMINIUM; WINDSOR TOV LLC; FREMONT
INVESTMENT & LOAN; JOHN DOES 1-10,

                Defendants.
-----------------------------------------------------------------x

Docket No.:09-CV-9651 (HB)

**DEFAULT JUDGMENT**

      **WHEREAS**, this action have been commenced on November 19, 2009 with the filings of Summons and Complaint by the plaintiff, **AURORA LOAN SERVICES, LLC,** (**"AURORA"**), and an Amended Complaint having been filed on April 14, 2010 in which the plaintiff seeks, among other things, relief relating to real property located at 100 West 58th Street, Unit 7C, New York, NY ("Unit 7C") and 100 West 58th Street, Unit 5F, New York, NY ("Unit 5F");

      **AND, WHEREAS,** a copy of the Amended Summons and Complaint having been served upon the defendant, **THE CLOSING NETWORK, LTD., ("CLOSING NETWORK")**;

AND, WHEREAS, by a Stipulation and an Order, an Amended Answer with cross claims interposed by **CLOSING NETWORK** which was filed with this Court on March 2, 2011;

AND, WHEREAS, a copy of the Amended Answer with cross claims against the defendants, **DAVID SADEK ("SADEK")** and **FIRST FINANCIAL EQUITIES, INC. ("FFE")** having been served upon the defendant, **SADEK** at his residence on April 15, 2011, and proof of service having been filed with the Court on May 6, 2011, and the defendant, **SADEK**, having failed to appear or answer the cross claims asserted in the amended answer and its time to do so has expired;

AND, WHEREAS, a copy of the Amended Answer with cross claims having been served upon the defendant, FFE through the Secretary of State on April 27, 2011, and the proof of service having been filed with this Court on May 17, 2011, and FFE having failed to appear on answer the cross claims asserted in the Amended Answer and its time to do so has expired;

**ORDERED, ADJUDGED AND DECREED,** that [the July 20, 2011 Report and Recommendation of Magistrate Judge Francis be and is hereby adopted and that a] default judgment be entered against the defendants, **SADEK** and **FFE** on the cross claims for fraud in a sum to be determined at a hearing.

Dated: New York, New York
       August 4, 2011

_____
Harold Baer, Jr.. U.S.D.J.

LAURA TAYLOR SWAIN, U.S.D.J
Part I

2